

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-14-2012

# Frederick Ray III v. Walter Reed

Precedential or Non-Precedential: Non-Precedential

Docket No. 10-4593

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Frederick Ray III v. Walter Reed" (2012). *2012 Decisions*. Paper 1007.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/1007

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 10-4593

_____

FREDERICK T. RAY, III
Appellant,

v.

WALTER REED, Major; WARDEN JOHN MASTERS; D. EDWARD MCFADDEN;
RAMON RUSTIN; CAPTAIN DONALD DOUGHERTY; ROBERT WILSON;
MORGAN TAYLOR; PHILLIP WALKER; SGT. SCOTT GRAHAM; O. MILLER,
LT.; BOHN, Lt.; BROOKS, Sergeant; MS. LAWSON, CPL

_____

No. 10-4619

_____

FREDERICK T. RAY, III,
Appellant,

v.

THOMAS A. MADONNA, SGT.; MCCARTHY, CPL.; YANCIK, CPL.; ZEPP, SGT.;
CAPTAIN FORD, CO; POLICE OFFICER SOTO, CO.; R. WILSON, CAPT.;
WALKER, CAPT.; SERGE, LT.; BOYD, Guard, CPL; DUANE, COUNSELOR;
POLICE OFFICER FORBES, LT.; RAMON RUSTIN,
DEPUTY WARDEN

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Nos. 04-805 & 04-810)
District Judge:  Honorable John P. Fullam

Argued on April 19, 2012

Before:  McKEE, *Chief Judge*, SLOVITER, *Circuit Judge*

and O'CONNOR, *Associate Justice* (Ret.)[*]

_____

JUDGMENT ORDER
_____

These consolidated cases were heard on the record from the United States District Court for the Eastern of Pennsylvania and were argued on April 19, 2012. [**]

AND NOW in consideration of oral argument and briefs that were submitted, it is hereby ADJUDGED and ORDERED that the judgments of the District Court entered November 9, 2010, are hereby affirmed and, with the exception of the denial of the motion to consolidate, the Order issued by the Clerk of this Court on February 25, 2011, is hereby reinstated.  Each Party to Pay Own Costs.

BY THE COURT:

/s Theodore A. McKee
Chief Judge

Attest:

/s/Marcia M. Waldron
Clerk

Dated: May 14, 2012

_____

[*] Hon. Sandra Day O'Connor, Associate Justice (Ret.) of the Supreme Court of the United States, sitting by designation.

[**]We note that the attorneys and students representing Appellant appeared pro bono.  We thank them for taking these cases on a pro bono basis and for the very able and professional way in which they handled the representation and argument before the Court.